Commonwealth *v.* Scott, Appellant.

Submitted December 8, 1969. *John W. Packel* and *Melvin Dildine,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Seymour, Appellant.

Submitted December 12, 1969. *Frank McDonnell,* Assistant Public Defender, for appellant; *Ralph P. Needle,* Assistant District Attorney, and *Joseph J. Cimino,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record is remanded for a hearing on the issues raised by the petition and any nonfrivolous claims that may be added by amendment.

WRIGHT, P. J., dissents.